**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**CASE NO. 7:19-CV-44-FL**

D.R. HORTON, INC. and TRUE HOMES,
LLC; individually, and on behalf of all
others similarly situated,

      Plaintiffs,

v.

COUNTY OF BRUNSWICK,

      Defendant.

## ORDER GRANTING CONSENT MOTION/STIPULATION OF VOLUNTARY DISMISSAL

Having reviewed Plaintiffs D.R. Horton, Inc. and True Homes, LLC, Consent Motion/Stipulation for Voluntary Dismissal Without Prejudice, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT: Pursuant to pursuant to Rules 23(e) and 41(b) of the Federal Rules of Civil Procedure, the instant action, is hereby dismissed without prejudice to allow the Parties to consolidate the prosecution of the Plaintiffs' claims with the claims in *Plantation Building of Wilmington, Inc. v. Brunswick County*, 19-CVS-647 (herein "State Court Action") currently pending in the General Court of Justice, Superior Court Division in the County of Brunswick before the Honorable Richard K. Harrell, Rule 2.1 (Exceptional Case Designation) Judge pursuant to the terms of the Parties' agreement. Plaintiffs shall have thirty (30) days from the entry of the voluntary dismissal Order to amend the complaint (with consent) in the State Court Action to add the Plaintiffs and their claims from this action. Each party shall bear its own costs.

It is SO ORDERED this the __15th__ day of January, 2020.

The Honorable Louise W. Flanagan
United States District Court Judge